**FINANCIAL AFFIDAVIT**
**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

CJA 23
Rev. 5/98

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE: US v.s. BEHSMAN

FOR: _____
AT: _____

LOCATION NUMBER: [handwritten - filed in open court 6/30/04]

PERSON REPRESENTED (Show your full name): _____

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: 04-1809-CBS
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)   ☐ Felony   ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now: ☒ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer: Dr Clark
IF YES, how much do you earn per month? $ 1500
IF NO, give month and year of last employment. How much did you earn per month? $ _____

If married is your Spouse employed?  ☐ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☒ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $ _____   SOURCES _____

**CASH**

Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☐ No   IF YES, state total amount $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No

IF YES, GIVE THE VALUE AND $ DESCRIBE IT
VALUE _____   DESCRIPTION _____

**DEPENDENTS**

MARITAL STATUS: ✓ SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED
Total No. of Dependents: 2
List persons you actually support and your relationship to them: Tyler - 4, Anaya - 2

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Apt | | $ | $ 350 |
| Food | | $ | $ 350 |
| Children | | $ | $ 400 |
| Restitution | | $ | $ 150 |
| Car | | | $ 400 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Keith B_____