AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

KEITH M. BEHSMAN

**WARRANT FOR ARREST**

CASE NUMBER: 04-1809-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Keith M. Behsman___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute, and distribution of, oxycodone, a Schedule II controlled substance

in violation of Title __21__ United States Code, Section(s) __846 and 841(a)(1)__

Charles B. Swartwood III / Name of Issuing Officer
Signature of Issuing Officer

US Magistrate Judge / Title of Issuing Officer

06-29-2004     Boston, MA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY DEA ARREST & ARRAIGNMENT OF THE DEFENDANT ON 7/9/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Keith M. Behsman

ALIAS:

LAST KNOWN RESIDENCE: 11 Elwell St., Gloucester, MA; 40 Sarah Avenue, Lowell, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH: Gloucester, MA

DATE OF BIRTH (4 digit year): 00-00-1978

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 4464

HEIGHT: 5'7"                                                WEIGHT: 155

SEX: M                                                      RACE: Black

HAIR: Black                                                 EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: Drug Enforcement Administration

15 New Sudbury Street

Boston, MA