kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies
to this defendant.

9.  The defendant GUISEPPE TORRENTE is accountable for
a quantity of oxycodone that, when converted to marijuana as
provided by USSG §2D1.1 (drug equivalency table), is equivalent
to at least 3,000 kilograms of marijuana but less than 10,000
kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies
to this defendant.

10.  The defendant JARED KNOWLTON is accountable for
a quantity of oxycodone that, when converted to marijuana as
provided by USSG §2D1.1 (drug equivalency table), is equivalent
to at least 3,000 kilograms of marijuana but less than 10,000
kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies
to this defendant.

11.  The defendant ARCHIBALD MACLEOD is accountable for
a quantity of oxycodone that, when converted to marijuana as
provided by USSG §2D1.1 (drug equivalency table), is equivalent
to at least 3,000 kilograms of marijuana but less than 10,000
kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies
to this defendant.

12.  The defendant JONATHAN MITCHELL is accountable for
a quantity of oxycodone that, when converted to marijuana as
provided by USSG §2D1.1 (drug equivalency table), is equivalent
to at least 3,000 kilograms of marijuana but less than 10,000

kilograms of marijuana. Accordingly, USSG §2D1.1(c)(3) applies to this defendant.

13. The defendant JAMES GARDNER is accountable for a quantity of oxycodone that, when converted to marijuana as provided by USSG §2D1.1 (drug equivalency table), is equivalent to at least 3,000 kilograms of marijuana but less than 10,000 kilograms of marijuana. Accordingly, USSG §2D1.1(c)(3) applies to this defendant.

A TRUE BILL

_____

FOREPERSON OF THE GRAND JURY

_____
DAVID G. TOBIN
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS; September 22, 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

9/22/04
@ 12:25 pm

-25-

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                                     **U.S. District Court - District of Massachusetts**

**04 CR 1 0 2 8 8 NG**

| | | |
|---|---|---|
| **Place of Offense:** Gloucester | **Category No.** II | **Investigating Agency** DEA |

**City**   Gloucester

**County**   Essex

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number   04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Espinola, Carlos          Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   63 Endicott Street, Peabody, Massachusetts

Birth date (Year only): 1977   SSN (last 4 #): 3506   Sex M   Race: W   Nationality: _____

**Defense Counsel if known:**   Bradford E. Keene          **Address:** 220 Broadway, Suite 402
Lynnfield, MA 01940

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   David G. Tobin          **Bar Number if applicable** 552558

**Interpreter:**   ☐ Yes ☒ No          **List language and/or dialect:** _____

**Matter to be SEALED:**   ☐ Yes   ☒ No

☐ **Warrant Requested**          ☐ **Regular Process**          ☒ **In Custody**

**Location Status:**

**Arrest Date:**   06/30/04

☒ **Already in Federal Custody as**   of 06/30/04          in   Boston, MA          .
☐ **Already in State Custody** _____   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by** _____   **on** _____

**Charging Document:**   ☐ **Complaint**   ☐ **Information**   ☒ **Indictment**

**Total # of Counts:**   ☐ **Petty** _____   ☐ **Misdemeanor** _____   ☒ **Felony** 1

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** 09/22/04          **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Espinola, Carlos _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Consp. to Possess w/ Int. to Dist., and to Dist.,Oxycodone | 1 |
| Set 2 | 21 U.S.C. § 853 | Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**    04 CR 1 0 2 8 8 NG **U.S. District Court - District of Massachusetts**

**Place of Offense:** Peabody          **Category No.** II          **Investigating Agency** DEA

**City** Peabody

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**  Jose F. Melo          Juvenile  ☐ Yes  ☒ No

**Alias Name**  Jose Mello

**Address**  20 Tracey Street, Apt. 1, Peabody, MA

**Birth date (Year only):** 1976  **SSN (last 4 #):** 3506  **Sex** M  **Race:** W          **Nationality:** _____

**Defense Counsel if known:**  Stephen Neyman          **Address:** 160 State Street, 8th Floor
                                                                                    Boston, MA  01209

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  David G. Tobin          **Bar Number if applicable**  552558

**Interpreter:**  ☐ Yes  ☒ No          **List language and/or dialect:** _____

**Matter to be SEALED:**  ☐ Yes  ☒ No

☐ **Warrant Requested**          ☐ **Regular Process**          ☒ **In Custody**

**Location Status:**

**Arrest Date:**  06/30/04

☒ **Already in Federal Custody as**  of 06/30/04  **in**  Boston, MA
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**  Ordered by _____  **on** _____

**Charging Document:**  ☐ **Complaint**   ☐ **Information**   ☒ **Indictment**

**Total # of Counts:**  ☐ **Petty** _____   ☐ **Misdemeanor** _____   ☒ **Felony**  3

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:**  09/22/04          **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Jose F. Melo _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC § 846 | Consp. to Poss. w/Int. Dist, and to Dist., Oxycodone | 1 |
| Set 2   21 USC § 841(a)(1) | Distribution of Oxycodone  + Aiding/Abetting | 16 |
| Set 3   21 USC § 841(a)(1) | Distribution of Oxycodone  + Aiding/Abetting | 17 |
| Set 4   21 USC § 853 | Forfeiture Allegation | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Melo JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/15/03)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:** _Gloucester_    **Category No.** _II_    **Investigating Agency** _DEA_

**City** _Gloucester_    **Related Case Information:**

**County** _Essex_    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _04-MJ-01809-CBS_
Search Warrant Case Number _____
R 20/R 40 from District of _____

### Defendant Information:

**Defendant Name** _Joseph Baldassano_    Juvenile    ☐ Yes    ☒ No

**Alias Name** _____

**Address** _220 Washington Street, Gloucester, MA_

**Birth date (Year only):** _1981_   **SSN (last 4 #):** _9858_   **Sex** _M_   **Race:** _W_   **Nationality:** _____

**Defense Counsel if known:** _Elliot M. Weinstein_    **Address:** _228 Lewis Wharf_
_Boston, MA  02110_

**Bar Number:** _____

### U.S. Attorney Information:

**AUSA** _David G. Tobin_    **Bar Number if applicable** _552558_

**Interpreter:** ☐ Yes  ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes  ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:** _06/30/04_

☒ **Already in Federal Custody as** _of 06/30/04_ **in** _Boston, MA_ .
☐ **Already in State Custody** _____   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by** _____ **on** _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony _4_

### Continue on Page 2 for Entry of U.S.C. Citations

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _09/22/04_    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Joseph Baldassano _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Dist. Oxycodone + Aiding and Abetting | 5 |
| Set 3 | 21 USC § 841(a)(1) | Dist. Oxycodone + Aiding and Abetting | 16 |
| Set 4 | 21 USC § 841(a)(1) | Dist. Oxycodone + Aiding and Abetting | 17 |
| Set 5 | 21 USC § 853 | Forfeiture Allegation | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Baldassano JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/15/04)

## Criminal Case Cover Sheet    04 CR 1028 CNG    U.S. District Court - District of Massachusetts

**Place of Offense:** Gloucester                    **Category No.** II    **Investigating Agency** DEA

**City** Gloucester

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant
Magistrate Judge Case Number    04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

### Defendant Information:

**Defendant Name** Matthew Cream    Juvenile  ☐ Yes  ☒ No

**Alias Name** _____

**Address** 16 Harrison Avenue, Gloucester, MA

**Birth date (Year only):** 1981  **SSN (last 4 #):** 7776  **Sex** M  **Race:** W    Nationality: _____

**Defense Counsel if known:** Bruce G. Linson    **Address:** 220 Commercial Street
Boston, MA 02109

**Bar Number:** _____

### U.S. Attorney Information:

**AUSA** David G. Tobin    **Bar Number if applicable** 552558

**Interpreter:** ☐ Yes ☒ No    List language and/or dialect: _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

### Location Status:

**Arrest Date:** 07/02/04

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by CBS    on 07/23/04

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  3

### Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/22/04    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet** 04 CR 1 0288 NS **District Court - District of Massachusetts**

Place of Offense: __Gloucester__     Category No. __II__     Investigating Agency __DEA__

City __Gloucester__         Related Case Information:

County __Essex__          Superseding Ind./ Inf. _____ Case No. _____
                          Same Defendant _____ New Defendant _____
                          Magistrate Judge Case Number __04-MJ-01809-CBS__
                          Search Warrant Case Number _____
                          R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Jason Matthews__          Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address __57 Prospect Street, Apt. 1, Gloucester, MA__

Birth date (Year only): __1980__ SSN (last 4 #): __4102__ Sex __M__ Race: __W__ Nationality: _____

**Defense Counsel if known:** __Richard M. Welsh__     Address: __80 Worcester Street, Suite 5__
                                                              __North Grafton, MA 01536__

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __David G. Tobin__          Bar Number if applicable __552558__

Interpreter:  ☐ Yes  ☒ No     List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

        ☐ Warrant Requested     ☒ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date:** __07/02/04__

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by __CBS__     on __07/12/04__

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony __1__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:** 09/22/04          **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** ___Jason Matthews_____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 853 | Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

Matthews JS45.wpd - 1/15/04 (USAO-MA)

%JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**    01CR 10288 NG    **U.S. District Court - District of Massachusetts**

Place of Offense: __Gloucester__    Category No. __II__    Investigating Agency __DEA__

City __Gloucester__    Related Case Information:

County __Essex__    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number __04-MJ-01809-CBS__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Joseph Allen__    Juvenile ☐ Yes  ☒ No

Alias Name _____

Address __8 Reservoir Road, Gloucester, MA__

Birth date (Year only): __1978__ SSN (last 4 #): __2491__ Sex __M__ Race: __W__ Nationality: _____

Defense Counsel if known: __James L. Sultan__    Address: __1 Commercial Wharf North__
__Boston, MA  02110__

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __David G. Tobin__    Bar Number if applicable __552558__

Interpreter: ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED: ☐ Yes  ☒ No

☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** __07/02/04__

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release:    Ordered by __RWZ__ on __08/09/04__

**Charging Document:** ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __3__

Continue on Page 2 for Entry of U.S.C. Citations

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: __09/22/04__    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**     Joseph Allen _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 16 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 17 |
| Set 4 | 21 USC § 853 | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

JS 45 (5/97) - (Revised USAO MA 1/13/04)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

Place of Offense:  Gloucester          Category No.  II            Investigating Agency  DEA

City   Gloucester                        **Related Case Information:**

County   Essex                           Superseding Ind./ Inf.  _____    Case No.  _____
                                         Same Defendant _____ New Defendant _____
                                         Magistrate Judge Case Number   04-MJ-01809-CBS
                                         Search Warrant Case Number  _____
                                         R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name   Keith Behsman                    Juvenile   ☐ Yes   ☒ No

Alias Name   _____

Address   40 Sarah Avenue, Lowell, Massachusetts

Birth date (Year only):   1978   SSN (last 4 #):   4464   Sex  M  Race:   B            Nationality:  _____

**Defense Counsel if known:**   Michael C. Bourbeau          **Address:**  21 Union Street
                                                                            Boston, MA  02108

**Bar Number:**   _____

**U.S. Attorney Information:**

AUSA   David G. Tobin                        **Bar Number if applicable**  552558

**Interpreter:**   ☐ Yes ☒ No          **List language and/or dialect:**  _____

**Matter to be SEALED:**   ☐ Yes   ☒ No

        ☐ Warrant Requested          ☐ Regular Process          ☒ In Custody

**Location Status:**

**Arrest Date:**   06/30/04

☒ Already in Federal Custody as   of 06/30/04            in   Boston, MA            .
☐ Already in State Custody  _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by  _____    on  _____

**Charging Document:**   ☐ Complaint      ☐ Information      ☒ Indictment

**Total # of Counts:**   ☐ Petty  _____    ☐ Misdemeanor  _____    ☒ Felony   9

**Continue on Page 2 for Entry of U.S.C. Citations**

☐        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
         accurately set forth above.

**Date:**  09/22/04                **Signature of AUSA:**  _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Keith Behsman _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 2 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 3 |
| Set 4 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 4 |
| Set 5 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 5 |
| Set 6 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 6 |
| Set 7 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 7 |
| Set 8 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 8 |
| Set 9 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 10 |
| Set 10 | 21 USC § 853 | Forfeiture Allegation | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

Behsman JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** Peabody      **Category No.** II      **Investigating Agency** DEA

**City** Peabody

**Related Case Information:**

**County** Essex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number   04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Jonathan Mitchell      Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   5 Exchange Street, Gloucester, MA

Birth date (Year only): 1979   SSN (last 4 #): 7923   Sex M   Race: W   Nationality: _____

**Defense Counsel if known:**   Edward J. O'Reilly      **Address:**   46 Middle Street, 2ⁿᵈ Floor
     Gloucester, MA 01930

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   David G. Tobin      **Bar Number if applicable**   552558

**Interpreter:**   ☐ Yes   ☒ No      **List language and/or dialect:** _____

**Matter to be SEALED:**   ☐ Yes   ☒ No

     ☐ **Warrant Requested**      ☒ **Regular Process**      ☐ **In Custody**

**Location Status:**

**Arrest Date:**   06/30/04

☐ **Already in Federal Custody as** _____ in _____ .

☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**

☒ **On Pretrial Release:**   **Ordered by** CBS      **on** 07/02/04

**Charging Document:**   ☐ **Complaint**      ☐ **Information**      ☒ **Indictment**

**Total # of Counts:**   ☐ **Petty** _____   ☐ **Misdemeanor** _____   ☒ **Felony** 3

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/22/04      **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Jonathan Mitchell _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 5 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 7 |
| Set 4 | 21 USC 853 | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 3/25/98)

**04 CR 10288NG**

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  Gloucester            Category No.  II            Investigating Agency  DEA

City  Gloucester                    **Related Case Information:**

County  Essex            Superseding Ind./ Inf.  _____    Case No.  _____
                        Same Defendant  _____    New Defendant  _____
                        Magistrate Judge Case Number   04-MJ-01809-CBS _____
                        Search Warrant Case Number  _____
                        R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name   James R. Gardner                    Juvenile    ☐ Yes    ☒ No

Alias Name  _____

Address    14 Centennial Avenue, Apartment 1, Gloucester, MA

Birth date (Year only):  1978   SSN (last 4 #):  7752  Sex  M  Race:  W        Nationality:  _____

Defense Counsel if known:    Theodore W. Beauparlant        Address:  166 Kenoza Avenue
                                                                      Haverhill, MA  01830

Bar Number:  _____

**U.S. Attorney Information:**

AUSA   David G. Tobin                    Bar Number if applicable  552558

Interpreter:    ☐ Yes ☒ No        List language and/or dialect:  _____

Matter to be SEALED:    ☐ Yes  ☒ No

        ☐ Warrant Requested        ☒ Regular Process        ☐ In Custody

**Location Status:**

Arrest Date:    06/30/04

☐ Already in Federal Custody as  _____    in  _____ .
☐ Already in State Custody  _____    ☐ Serving Sentence    ☐ Awaiting Trial
☒ On Pretrial Release:    Ordered by  CBS _____    on  07/02/04

Charging Document:    ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:    ☐ Petty  _____    ☐ Misdemeanor  _____    ☒ Felony  2

**Continue on Page 2 for Entry of U.S.C. Citations**

☒        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
         accurately set forth above.

Date:  09/22/04            Signature of AUSA:

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant     James R. Gardner** _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 8 |
| Set 3 | 21 USC 853 | Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Gardner JS45.wpd - 1/15/04 (USAO-MA)

**Criminal Case Sheet**  04 CR 1 0288 NG  **U.S. District Court - District of Massachusetts**

**Place of Offense:** Gloucester    **Category No.** II    **Investigating Agency** DEA

**City** Gloucester    **Related Case Information:**

**County** Essex

| | |
|---|---|
| Superseding Ind./ Inf. _____ | Case No. _____ |
| Same Defendant _____ | New Defendant _____ |
| Magistrate Judge Case Number | 04-MJ-01809-CBS |
| Search Warrant Case Number | _____ |
| R 20/R 40 from District of | _____ |

**Defendant Information:**

Defendant Name   Philip R. Albert, Jr.    Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   10 Babson Street, Gloucester, MA

Birth date (Year only): 1977   SSN (last 4 #): 8899   Sex M   Race: W   Nationality: _____

**Defense Counsel if known:**   John Andrews & Marc Salinas    **Address:** 70 Washington Street, Suite 211
Salem, MA 01970

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   David G. Tobin    **Bar Number if applicable** 552558

**Interpreter:**   ☐ Yes  ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:**   ☐ Yes  ☒ No

☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:**   06/30/04

☐ Already in Federal Custody as _____ in _____.

☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial

☒ On Pretrial Release:   Ordered by  CBS    on   07/02/04

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  2

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**   09/22/04    **Signature of AUSA:**

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Philip R. Albert, Jr. _____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2   21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 4 |
| Set 3   21 USC 853 | Forfeiture Allegation | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Albert JS45.wpd - 1/15/04 (USAO-MA)

%JS 45  (5/97) - (Revised USAO MA 1/5/01)

**04 CR 1 0 2 8 8 NG**

Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**  Peabody____        **Category No.** II_____        **Investigating Agency** DEA_____

**City**  Peabody_____        **Related Case Information:**

**County**  Essex_____

| | |
|---|---|
| Superseding Ind./ Inf. _____ | Case No. _____ |
| Same Defendant _____ | New Defendant _____ |
| Magistrate Judge Case Number | 04-MJ-01809-CBS_____ |
| Search Warrant Case Number | _____ |
| R 20/R 40 from District of | _____ |

**Defendant Information:**

Defendant Name  Jared Knowlton_____        Juvenile  ☐ Yes  ☒ No

Alias Name  _____

Address  11 Tolman Avenue, Gloucester, MA_____

Birth date (Year only): 1974__ SSN (last 4 #): 1719_ Sex M Race: _____ Nationality: _____

**Defense Counsel if known:**  Michael F. Natola_____        **Address:** 240 Commercial Street, Suite 2B_____
                                                                                          Boston, MA 02109_____

**Bar Number:**  _____

**U.S. Attorney Information:**

AUSA  David G. Tobin_____        **Bar Number if applicable**  552558_____

**Interpreter:**  ☐ Yes ☒ No        **List language and/or dialect:**  _____

**Matter to be SEALED:**  ☐ Yes  ☒ No

        ☐ Warrant Requested        ☒ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:**  06/30/04_____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  CBS_____ on  07/02/04_____

**Charging Document:**  ☐ Complaint        ☐ Information        ☒ Indictment

**Total # of Counts:**  ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony  2_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

**Date:**  09/22/04        **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Jared Knowlton _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 6 |
| Set 3 | 21 USC 853 | Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  Gloucester            Category No.  II            Investigating Agency  DEA

City   Gloucester                    Related Case Information:

County   Essex                       Superseding Ind./ Inf. _____   Case No. _____
                                     Same Defendant _____ New Defendant _____
                                     Magistrate Judge Case Number   04-MJ-01809-CBS
                                     Search Warrant Case Number _____
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Archibald MacLeod                    Juvenile   ☐ Yes   ☐ No

Alias Name _____

Address    124-Rear Centennial Avenue, Gloucester, MA

Birth date (Year only): _____   SSN (last 4 #): _____   Sex ___   Race: _____   Nationality: _____

**Defense Counsel if known:**   Roger Witkin            Address:  6 Beacon Street, Suite 1010
                                                                  Boston, MA  02108

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   David G. Tobin                    Bar Number if applicable  552558

**Interpreter:**   ☐ Yes  ☒ No        List language and/or dialect: _____

**Matter to be SEALED:**   ☐ Yes   ☒ No

        ☐ Warrant Requested        ☒ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:**    07/12/04

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by  CBS            on    07/12/04

**Charging Document:**   ☐ Complaint        ☐ Information        ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   5

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:  09/22/04**            **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Archibald MacLeod _____

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 9 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 13 |
| Set 4 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 14 |
| Set 5 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 15 |
| Set 6 | 21 USC § 853 | Forfeiture Allegation | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _Gloucester_    Category No. _2_    Investigating Agency _DEA_

City _Gloucester_                 **Related Case Information:**

County _Essex_      Superseding Ind./ Inf. _____    Case No. _____
                    Same Defendant _____    New Defendant _____
                    Magistrate Judge Case Number _04-MJ-01809-CBS_
                    Search Warrant Case Number _____
                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _Giuseppe S. Torrente_           Juvenile  ☐ Yes  ☒ No

Alias Name _Joseph Torrente_

Address _9 Fleetwood Drive, Gloucester, MA_

Birth date (Year only): _1980_  SSN (last 4 #): _9986_  Sex _M_  Race: _W_    Nationality: _____

**Defense Counsel if known:** _Stephen D. Judge_    Address: _23 Central Avenue #605_
                                                              _Lynn, MA 01901_
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA _David G. Tobin_                Bar Number if applicable _552558_

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

        ☐ Warrant Requested    ☒ Regular Process        ☐ In Custody

**Location Status:**

Arrest Date: _07/15/04_

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by _CBS_    on _07/15/04_

Charging Document:  ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony _3_

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _09/22/04_          Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Giuseppe S. Torrente _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| **Set 1**  21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| **Set 2**  21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 11 |
| **Set 3**  21 USC § 841(a)(1) | Distribution of Oxycodone | 12 |
| **Set 4**  21 USC § 853 | Forfeiture Allegation | |
| **Set 5** | | |
| **Set 6** | | |
| **Set 7** | | |
| **Set 8** | | |
| **Set 9** | | |
| **Set 10** | | |
| **Set 11** | | |
| **Set 12** | | |
| **Set 13** | | |
| **Set 14** | | |
| **Set 15** | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Torrente JS45.wpd - 1/15/04 (USAO-MA)