UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.No. 04-10288- RWZ |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| KEITH BEHSMAN, et al.(Espinola), ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S APPLICATION FOR
AUTHORIZATION OF NECESSARY SERVICES**

Defendant Keith Behsman, by and through his attorney of record and pursuant to 18 U.S.C. section 3006A(e)(i) hereby moves this Honorable Court for an Order authorizing the expenditure of funds limited to $1,500.00 for defense counsel to pay the Duplicating Center for copies of audio and video tapes that have been made available by the government. In support thereof, counsel declares, deposes and says that:

Counsel has been appointed by this Honorable Court pursuant to the Criminal Justice Act to represent defendant herein. Defendant has been charged in a major investigation involving alleged oxycontin. It is reported that there are 76 audio and 9 video tapes and 3 CD's that have been compiled by the government during this investigation. Defendant Behsman is reportedly overheard on the majority of the recordings.

Counsel understands that the videos and CD's are $25.00 each to copy and the audio tapes are $10 each. Therefore, counsel is requesting sufficient funds to cover the expense of all discovery materials.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 6th day of January, 2005 at Boston, Massachusetts.

Date:  January 6, 2005          Respectfully submitted,

*S/ Michael C. Bourbeau*

MICHAEL C.BOURBEAU, BBO # 545908
77 Central Street, 2nd Floor
Boston, MA 02109
(617) 350 6565
Attorney for Defendant
KEITH BEHSMAN