UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.No. 04-10288- RWZ |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KEITH BEHSMAN, et al.(Espinola), | ) | |
| | ) | |
| Defendant. | ) | |

**ASSENTED TO MOTION TO CONTINUE SENTENCING**

COMES NOW defendant KEITH BEHSMAN, who hereby moves this Honorable Court to continue the sentencing now set for May 10, 2005 for a period of 30 days. This motion is made on the ground that good cause exists therefore based on the fact that counsel was on trial in <u>United States v. Ross</u>, Dkt # 03-10329- PBS from January 31, 2005 until March 15, 2005 and was unable to complete the Pre-Sentence interview. Additional time is necessary for Probation to complete its report. The government **assents** to this request.

Date: March 18, 2005          Respectfully submitted,

                              S/ *Michael C. Bourbeau*

                              MICHAEL C. BOURBEAU  BBO #545908
                              77 Central Street, 2nd Fl
                              Boston, MA 02109
                              (617) 350-6565

                              Attorney for Defendant
                              KEITH BEHSMAN