SUBCHAPTER B - FIREARMS

811  Possession by Prohibited Person (e.g., ex-felon)
    (a) If single weapon (rifle, shotgun, handgun), grade as Category Three;
    (b) If multiple weapons (rifles, shotguns, handguns), grade as Category Four.
    [[Notes and Procedures. Aliens illegally in the United States are also prohibited by federal law from possession of firearms.]]

812  Unlawful Possession or Manufacture of Sawed-off Shotgun, Machine Gun, Silencer, or Assassination kit*
    (a) If silencer or assassination kit*, grade as Category Six;
    (b) If sawed-off shotgun or machine gun, grade as Category Five.
    [[Notes and Procedures. (1) Consider unlawful possession of a weapon combined with other offenses under the multiple separate offense procedure of Chapter Thirteen. (2) Possession/manufacture of a sawed-off rifle is graded as Category Three.]]

813  Unlawful Distribution of Weapons or Possession with Intent to Distribute
    (a) If silencer(s) or assassination kit(s)*, grade as Category Six;
    (b) If sawed-off shotgun(s) or machine gun(s), grade as Category Five;
    (c) If multiple weapons (rifles, shotguns, or handguns), grade as Category Four;
    (d) If single weapon (rifle, shotgun, handgun), grade as Category Three.

## CHAPTER NINE - OFFENSES INVOLVING ILLICIT DRUGS

SUBCHAPTER A - HEROIN AND OPIATE* OFFENSES

901  Distribution or Possession with Intent to Distribute
    (a) If extremely large scale (e.g., involving 3 kilograms or more of 100% pure heroin, or equivalent amount), grade as Category Eight [except as noted in (c) below];
    (b) If very large scale (e.g., involving 1 kilogram but less than 3 kilograms of 100% pure heroin, or equivalent amount), grade as Category Seven [except as noted in (c) below];
    (c) Where the Commission finds that the offender had only a peripheral role*, grade conduct under (a) or (b) as Category Six;
    (d) If large scale (e.g., involving 50-999 grams of 100% pure heroin, or equivalent amount), grade as Category Six [except as noted in (e) below];
    (e) Where the Commission finds that the offender had only a peripheral role*, grade conduct under (d) as Category Five.
    (f) If medium scale (e.g., involving 5-49 grams of 100% pure heroin, or equivalent amount), grade as Category Five;
    (g) If small scale (e.g., involving less than 5 grams of 100% pure heroin, or equivalent amount), grade as Category Four.

902  Simple Possession
    Category One.
    [[Notes and Procedures. (1) The following list contains drugs classified as opiates/synthetic opiate substances (21 C.F.R. 1308):

---

*Terms marked by an asterisk are defined in Chapter Thirteen.

11/04/85 Page 42

| | |
|---|---|
| Amidone (Methadone) | Methadose (Methadone) |
| Demerol (Pethidine) | Nisentil (Alphaprodine) |
| Dilaudid (Hydromorphone) | Nucodan (Oxycodone) |
| Dolophine (Methadone) | Numorphan (Oxymorphone) |
| Dover's Powder (Opium) | Palfium (Dextromoramide) |
| Dromoran (Racemorphan) | Paracodin (Dihydrocodeine) |
| Ethnine (Pholcodine) | Paragoric (Opium) |
| Heptalgin (Phenadoxone) | Percodan (Oxycodone) |
| Hycodan (Hydrocodone) | Pethadol (Pethidine) |
| Leritine (Anileridine) | Pholdine (Pholcodine) |
| Levo-Dromoran (Levorphanol) | Pipadone (Dipipanone) |
| Levorphan (Levorphanol) | Prinadol (Phenazocine) |

(5) Conversion of Common Opiates to Heroin Equivalent. The following chart may be used to convert common opiates to their heroin equivalent (e.g., 67.4 grams of pure methadone x .3 = 20.22 grams of pure heroin equivalent; 42.6 grams of pure hydromorphone x 2 = 85.2 grams of pure heroin equivalent):

```
1 gm. alpha-methylfentanyl = 100 gms. heroin
1 gm. alphaprodine = .09 gm. heroin
1 gm. anileridine = .1 gm. heroin
1 gm. codeine = .02 gm. heroin
1 gm. dextromoramide = .4 gm. heroin
1 gm. dextropropoxyphene = .01 gm heroin
1 gm. dihydrocodeine = .05 gm. heroin
1 gm. dipipanone = .12 gm. heroin
1 gm. fentanyl = 30 gms. heroin
1 gm. hydromorphone = 2 gms. heroin
1 gm. levorphanol = 1 gm. heroin
1 gm. MPPP = .5 gm. heroin
1 gm. methadone = .3 gm. heroin
1 gm. metopon = .86 gm. heroin
1 gm. morphine = .3 gm. heroin
1 gm. opium = .03 gm. heroin
1 gm. oxycodone = .2 gm. heroin
1 gm. oxymorphone = 2 gms. heroin
1 gm. PEPAP = .6 gm. heroin
1 gm. paragoric = .003 gm. heroin
1 gm. pethidine (meperidine) = .03 gm. heroin
1 gm. phenadoxone = .15 gm. heroin
1 gm. racemorphan = .6 gm. heroin
1 gm. 3-methylfentanyl = 125 gms. heroin]]
```

SUBCHAPTER B - MARIHUANA AND HASHISH OFFENSES

911  Distribution or Possession with Intent to Distribute
  (a) If extremely large scale (e.g., involving 20,000 pounds or more of marihuana/6,000 pounds or more of hashish/600 pounds or more of hash oil), grade as Category Six [except as noted in (b) below];
  (b) Where the Commission finds that the offender had only a peripheral role*, grade conduct under (a) as Category Five;
  (c) If very large scale (e.g., involving 2,000-19,999 pounds of marihuana/600-5,999 pounds of hashish/60-599 pounds of hash oil), grade as Category Five;

---

*Terms marked by an asterisk are defined in Chapter Thirteen.

# SALIENT FACTOR SCORE (SFS 81)

Item A: PRIOR CONVICTIONS/ADJUDICATIONS (ADULT OR JUVENILE) ............ | 1 |

    None ............ = 3
    One ............. = 2
    Two or Three .... = 1
    Four or More .... = 0

Item B: PRIOR COMMITMENT(S) OF MORE THAN THIRTY DAYS .................... | 2 |
    (ADULT OR JUVENILE)

    None ............ = 2
    One or Two ...... = 1
    Three or More ... = 0

Item C: AGE AT CURRENT OFFENSE/PRIOR COMMITMENTS ....................... | 1 |

    Age at commencement of current offense
      26 years of age or more ....... = 2
      20-25 years of age ............ = 1
      19 years of age or less ....... = 0

    ***Exception: If five or more prior commitments of more than
    thirty days (adult of juvenile), place an "X" here _____
    and score this item ........... = 0

Item D: RECENT COMMITMENT FREE PERIOD (THREE YEARS) .................... | 1 |

    No prior commitment of more than thirty days (adult or
    juvenile) or released to the community from last such
    commitment at least three years prior to the commence-
    ment of the current offense ................ = 1

    Otherwise ................................... = 0

Item E: PROBATION/PAROLE/CONFINEMENT/ESCAPE STATUS VIOLATOR
    THIS TIME ................................................... | 1 |

    Neither on probation, parole, confinement, or escape
    status at the time of the current offense; nor com-
    mitted as a probation, parole, confinement, or escape
    status violator this time ................... = 1

    Otherwise ................................... = 0

Item F: HEROIN/OPIATE DEPENDENCE ....................................... | 0 |

    No history of heroin/opiate dependence ... = 1
    Otherwise ................................ = 0

TOTAL SCORE ............................................................ | 6 |

Note: For purposes of the Salient Factor Score, an instance of criminal behavior resulting in a judicial determination of guilt or an admission of guilt before a judicial body shall be treated as a conviction, even if a conviction is not formally entered.

## GUIDELINES FOR DECISION-MAKING
[Guidelines for Decision-Making, Customary Total Time to be Served before Release (including jail time)]

| OFFENSE CHARACTERISTICS: Severity of Offense Behavior | OFFENDER CHARACTERISTICS: Parole Prognosis (Salient Factor Score 1981) | | | |
|---|---|---|---|---|
| | Very Good (10-8) | Good (7-6) | Fair (5-4) | Poor (3-0) |
| Category One | <=4 months | Guideline Range <=8 months | 8-12 months | 12-16 months |
| Category Two | <=6 months | Guideline Range <=10 months | 12-16 months | 16-22 months |
| Category Three | <=10 months | Guideline Range 12-16 months | 18-24 months | 24-32 months |
| Category Four | 12-18 months | Guideline Range 20-26 months | 26-34 months | 34-44 months |
| Category Five | 24-36 months | Guideline Range 36-48 months | 48-60 months | 60-72 months |
| Category Six | 40-52 months | Guideline Range 52-64 months | 64-78 months | 78-100 months |
| Category Seven | 52-80 months | Guideline Range 64-92 months | 78-110 months | 100-148 months |
| Category Eight* | 100+ months | Guideline Range 120+ months | 150+ months | 180+ months |

*Note: For Category Eight, no upper limits are specified due to the extreme variability of the cases within this category. For decisions exceeding the lower limit of the applicable guideline category BY MORE THAN 48 MONTHS, the pertinent aggravating case factors considered are to be specified in the reasons given (e.g., that a homicide was premeditated or committed during the course of another felony; or that extreme cruelty or brutality was demonstrated).

11/04/85 Page 28