IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Government<br><br>v.<br><br>KEITH BEHSMAN<br>Defendant | FILED<br>CLERKS OFFICE<br><br>2005 AUG 25 P 3:00<br><br>Criminal No:<br>04-10288-RWZ |

## NOTICE OF APPEAL
### AND
## MEMORADUM

NOW COMES, Keith Behman, Defendant, pro se in the above entitled case; and does submit and file this Notice of Appeal of Sentence pursuant to 18 U.S.C. §3742 following sentencing in the above captioned matter on June 9, 2005.

In accordance with the mandate of the decision of the United States Supreme Court in *Haines v. Kerner*, 404 U.S. 519, 520 (1972), the Defendant is pro se in this matter and the Court is to construe liberally this motion and memorandum and all pleadings

(1)

US v Behsman
Criminal No.: 04-10288

Notice of Appeal
AND
Memorandum
Page 2

FURTHER, the Defendant requests the Honorable Court take notice that this late notice filing is not the cause of error by the Defendant, who at the time of sentencing, requested his attorney file a notice of appeal; and that the attorney failed to perform the ministerial function requested by the Defendant.

THE Defendant further submits and files the following Memoranden in support of allowance of his notice of appeal.

MEMORABUM

1. The Defendant was sentenced to a term of sixty-three (63) months pursuant to entering a guilty plea to ten counts of 18 U.S.C. § 841, on June 9, 2005.

2. The Defendant was represented at sentencing by Attorney Michael Bourbeau, 77 Central Street, Boston, MA 02109

3. The Court properly advised the Defendant of his right to appeal his sentence at sentencing.

(2)

US v. Behsman  
Criminal No.: 04-10288

Notice of Appeal and Memorandum  
Page 3 of 3

4. On or about the day of sentencing the Defendant specifically informed Attorney Bourbeau to file a Notice of Appeal.

5. Approximately five weeks (5) after sentencing, the Defendant became aware that Mr. Bourbeau had failed to file the notice of appeal as requested.

6. The Defendant does not believe that he should be denied his right of due process and statutory right to appeal because of the failure of his attorney to perform a ministerial function.

   THEREFORE, the Defendant prays the Honorable Court allow this Notice of Appeal and appoint appellate counsel to assist the Defendant in his cause.
   FURTHER, that the Court provide any and all other relief it deems just and proper according to law, and in the interests of justice.

Respectfully Submitted this 20 day of July, 2005.

_____, Pro Se  
Keith Behsman, Pro Se  
Federal Reg. # 25286-038  
MCI - Walpole  
P.O. Box 100  
Walpole, MA 02109