## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cr-10288

United States of America

v.

Keith Behsman

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I & II are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/25/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 31, 2005.

Sarah A Thornton, Clerk of Court

By: _____

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 9/1/05

_____

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL, MAG

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:04-cr-10288-RWZ-ALL

Case title: USA v. Espinola et al          Date Filed: 09/22/2004
Magistrate judge case number: 1:04-mj-
                              01809-CBS

Assigned to: Judge Rya W.
Zobel

## Defendant

**Carlos Espinola** (1)                represented by **Bradford E. Keene**
                                       Keene & Gizzi PC
                                       22 Broadway
                                       Suite 402
                                       Lynnfield, MA 01940
                                       781-346-6500
                                       Fax: 781-346-6355
                                       Email: bkmogul@aol.com
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE*
                                       *NOTICED*
                                       *Designation: Retained*

## Pending Counts                      ## Disposition

21:846 Conspiracy to Possess
with Intent to Distribute, and
to Distribute, Oxycodone
(1)

## Highest Offense Level
## (Opening)

Felony

## Terminated Counts                    ## Disposition

None

## Highest Offense Level
## (Terminated)

None

## Complaints                           ## Disposition

21:846 and 841(a)(1) - DID
KNOWINGLY AND
INTENTIONALLY
CONSPIRE TO
DISTRIBUTE
OXYCODONE, A
SCHEDULE II
CONTROLLED
SUBSTANCE, AND DID
KNOWINGLY AND
INTENIONALLY
DISTRIBUTE
OXYCODONE, A
SCHEDULE II
CONTROLLED
SUBSTANCE ON THE
DATES AND IN THE
PLACES LISTED IN THIS
COMPLAINT

---

Assigned to: Judge Rya W.
Zobel

## Defendant

**Jose Melo** (2)                  represented by **Catherine K. Byrne**

Federal Defender's Office
District of Massachusetts
408 Atlantic Ave.
Third Floor
Suite 328
Boston, MA 02210
617-223-8061
Fax: 617-223-8080
Email:
catherine_byrne@fd.org
*TERMINATED: 09/24/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
*Designation: Public Defender*
*or Community Defender*
*Appointment*

**Stephen Neyman**
Attorney at Law
160 State Street
8th Floor
Boston, MA 02109
617-263-6800
Fax: 617-722-0144
Email: neyman@gis.net
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
*Designation: Retained*

## Pending Counts

21:846 Conspiracy to Possess
with Intent to Distribute, and
to Distribute, Oxycodone
(1)

21:841(a)(1) Distribution of

## Disposition

Oxycodone; 18:2 Aiding and
Abetting
(16-17)

## Highest Offense Level
## (Opening)

Felony

## Terminated Counts                    ## Disposition

None

## Highest Offense Level
## (Terminated)

None

## Complaints                           ## Disposition

21:846 and 841(a)(1) - DID
KNOWINGLY AND
INTENTIONALLY
CONSPIRE TO
DISTRIBUTE
OXYCODONE, A
SCHEDULE II
CONTROLLED
SUBSTANCE, AND DID
KNOWINGLY AND
INTENIONALLY
DISTRIBUTE
OXYCODONE, A
SCHEDULE II
CONTROLLED
SUBSTANCE ON THE
DATES AND IN THE
PLACES LISTED IN THIS
COMPLAINT

Assigned to: Judge Rya W. Zobel

## Defendant

**Joseph Baldassano** (3)          represented by **Elliot M. Weinstein**
228 Lewis Wharf
Boton, MA 02110
617-367-9334
Fax: 617-367-7358
Email: defense228@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
*Designation: Retained*

**Paul F. Zerola**
Joyce, Rubin & Zerola, P.C.
205 Portland Street
5th Floor
Boston, MA 02114
617-523-1500
Fax: 617-523-2400
Email:
pzerola@joyceandzerola.com

*TERMINATED: 09/24/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
*Designation: Retained*

## Pending Counts

21:846 Conspiracy to Possess
with Intent to Distribute, and
to Distribute, Oxycodone
(1)

## Disposition

21:841(a)(1) Distribution of
Oxycodone; 18:2 Aiding and
Abetting
(5)

21:841(a)(1) Distribution of
Oxycodone; 18:2 Aiding and
Abetting
(6)

21:841(a)(1) Distribution of
Oxycodone;18:2 Aiding and
Abetting
(16-17)

## **Highest Offense Level (Opening)**

Felony

## **Terminated Counts**                    **Disposition**

None

## **Highest Offense Level (Terminated)**

None

## **Complaints**                    **Disposition**

21:846 and 841(a)(1) - DID
KNOWINGLY AND
INTENTIONALLY
CONSPIRE TO
DISTRIBUTE
OXYCODONE, A
SCHEDULE II
CONTROLLED
SUBSTANCE, AND DID
KNOWINGLY AND

INTENIONALLY
DISTRIBUTE
OXYCODONE, A
SCHEDULE II
CONTROLLED
SUBSTANCE ON THE
DATES AND IN THE
PLACES LISTED IN THIS
COMPLAINT

Assigned to: Judge Rya W.
Zobel

**Defendant**

**Matthew Cream** (4)              represented by **Benjamin D. Entine**
                                   Attorney at Law
                                   Suite 300
                                   77 Franklin Street
                                   Boston, MA 02110
                                   617-357-0770
                                   Fax: 617-357-1612
                                   Email: bejdphd@earthlink.net

                                   *TERMINATED: 09/24/2004*
                                   *LEAD ATTORNEY*
                                   *ATTORNEY TO BE*
                                   *NOTICED*
                                   *Designation: CJA*
                                   *Appointment*

                                   **Bruce G. Linson**
                                   Law Office of Bruce G.
                                   Linson
                                   Howe & Bainbridge Bldg.
                                   220 Commercial St.
                                   Boston, MA 02109
                                   617-371-0900

Fax: 617-720-0707
Email:
brucelinson@earthlink.net
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
*Designation: Retained*

## Pending Counts

21:846 Conspiracy to Possess
with Intent to Distribute, and
to Distribute, Oxycodone
(1)

21:841(a)(1) Distribution of
Oxycodone; 21:860;(a) Public
Housing Violation; 18:2
Aiding and Abetting
(10)

21:841(a)(1) Distribution of
Oxycodone; 18:2 Aiding and
Abetting
(11)

## Disposition

## Highest Offense Level (Opening)

Felony

## Terminated Counts

None

## Disposition

## Highest Offense Level (Terminated)

None

| **Complaints** | **Disposition** |
|---|---|
| 21:846 and 841(a)(1) - DID KNOWINGLY AND INTENTIONALLY CONSPIRE TO DISTRIBUTE OXYCODONE, A SCHEDULE II CONTROLLED SUBSTANCE, AND DID KNOWINGLY AND INTENIONALLY DISTRIBUTE OXYCODONE, A SCHEDULE II CONTROLLED SUBSTANCE ON THE DATES AND IN THE PLACES LISTED IN THIS COMPLAINT | |

Assigned to: Judge Rya W. Zobel

## Defendant

**Jason Matthews** (5)      represented by **Elliot M. Weinstein**
(See above for address)
*TERMINATED: 09/24/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
*Designation: Retained*

**Richard M. Welsh**
Welsh Law Offices
Suite 5
80 Worcester Street

North Grafton, MA 01536
508-839-7713
Fax: 508-839-7715
Email: welsh9519@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
*Designation: CJA*
*Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |

21:846 Conspiracy to Possess
with Intent to Distribute, and
to Distribute, Oxycodone
(1)

## Highest Offense Level (Opening)

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |

None

## Highest Offense Level (Terminated)

None

| **Complaints** | **Disposition** |
| --- | --- |

21:846 and 841(a)(1) - DID
KNOWINGLY AND
INTENTIONALLY
CONSPIRE TO
DISTRIBUTE
OXYCODONE, A
SCHEDULE II

CONTROLLED
SUBSTANCE, AND DID
KNOWINGLY AND
INTENIONALLY
DISTRIBUTE
OXYCODONE, A
SCHEDULE II
CONTROLLED
SUBSTANCE ON THE
DATES AND IN THE
PLACES LISTED IN THIS
COMPLAINT

---

Assigned to: Judge Rya W.
Zobel

## **Defendant**

**Joseph Allen** (6)                    represented by **James L. Sultan**
                                        Rankin & Sultan
                                        1 Commercial Wharf N
                                        Boston, MA 02110
                                        617-720-0011
                                        Fax: 617-742-0701
                                        Email: jsultan@rankin-
                                        sultan.com
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE*
                                        *NOTICED*
                                        *Designation: CJA*
                                        *Appointment*

## **Pending Counts**                   ## **Disposition**

21:846 Conspiracy to Possess
with Intent to Distribute, and
to Distribute, Oxycodone
(1)

21:841(a)(1) Distribution of
Oxycodone;18:2 Aiding and
Abetting
(16)

## **Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

## **Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| 21:846 and 841(a)(1) - DID KNOWINGLY AND INTENTIONALLY CONSPIRE TO DISTRIBUTE OXYCODONE, A SCHEDULE II CONTROLLED SUBSTANCE, AND DID KNOWINGLY AND INTENIONALLY DISTRIBUTE OXYCODONE, A SCHEDULE II CONTROLLED SUBSTANCE ON THE DATES AND IN THE PLACES LISTED IN THIS | |

## COMPLAINT

Assigned to: Judge Rya W. Zobel

### **Defendant**

**Keith Behsman** (7)
*TERMINATED: 06/15/2005*

represented by **Michael C. Bourbeau**
Bourbeau and Bonilla
77 Central St.
2nd Floor
Boston, MA 02109
617-350-6565
Fax: 617-350-7766
Email: mike@lawgenie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
*Designation: CJA*
*Appointment*

### **Pending Counts**

21:846 Conspiracy to Possess
with Intent to Distribute, and
to Distribute, Oxycodone
(1)

21:841(a)(1) Distributionof
Oxycodone; 21:860(a) Public
Housing Violation
(2)

### **Disposition**

The defendant was sentenced
to 63 months BOP; 6 years
SR; SA$900.00; Standard
Conditions apply; no
firearms; Special Conditions;
drug treatment and testing;
DNA sample; No fine;

The defendant was sentenced
to 63 months BOP; 6 years
SR; SA$900.00; Standard
Conditions apply; no
firearms; Special Conditions;
drug treatment and testing;
DNA sample; No fine;

The defendant was sentenced

21:841(a)(1) Distribution of
Oxycodone; 21:860(a) Public
Housing Violation
(3)

21:841(a)(1) Distribution of
Oxycodone; 18:2 Aiding and
Abetting
(4-5)

21:841(a)(1) Distribution of
Oxycodone; 18:2 Aiding and
Abetting
(6)

21:841(a)(1) Distribution of
Oxycodone;21:860(a) Public
Housing Violation 18:2
Aiding and Abetting
(7-8)

21:841(a)(1) Distribution of
Oxycodone; 21:860;(a) Public
Housing Violation; 18:2
Aiding and Abetting
(10)

to 63 months BOP; 6 years
SR; SA$900.00; Standard
Conditions apply; no
firearms; Special Conditions;
drug treatment and testing;
DNA sample; No fine;

The defendant was sentenced
to 63 months BOP; 6 years
SR; SA$900.00; Standard
Conditions apply; no
firearms; Special Conditions;
drug treatment and testing;
DNA sample; No fine;

The defendant was sentenced
to 63 months BOP; 6 years
SR; SA$900.00; Standard
Conditions apply; no
firearms; Special Conditions;
drug treatment and testing;
DNA sample; No fine;

The defendant was sentenced
to 63 months BOP; 6 years
SR; SA$900.00; Standard
Conditions apply; no
firearms; Special Conditions;
drug treatment and testing;
DNA sample; No fine;

The defendant was sentenced
to 63 months BOP; 6 years
SR; SA$900.00; Standard
Conditions apply; no
firearms; Special Conditions;
drug treatment and testing;
DNA sample; No fine;

## **Highest Offense Level**

## (Opening)

Felony

## Terminated Counts

None

## Disposition

## Highest Offense Level
## (Terminated)

None

## Complaints

21:846 and 841(a)(1) - DID
KNOWINGLY AND
INTENTIONALLY
CONSPIRE TO
DISTRIBUTE
OXYCODONE, A
SCHEDULE II
CONTROLLED
SUBSTANCE, AND DID
KNOWINGLY AND
INTENIONALLY
DISTRIBUTE
OXYCODONE, A
SCHEDULE II
CONTROLLED
SUBSTANCE ON THE
DATES AND IN THE
PLACES LISTED IN THIS
COMPLAINT

## Disposition

The defendant was sentenced
to 63 months BOP; 6 years
SR; SA$900.00; Standard
Conditions apply; no
firearms; Special Conditions;
drug treatment and testing;
DNA sample; No fine;

Assigned to: Judge Rya W.
Zobel

## Defendant

**Jonathan Mitchell** (8)        represented by **Edward J. O'Reilly**
Attorney at Law
@nd Floor
46 Middle Street
Gloucester, MA 01930
978-581-1994
Fax: 978-581-3444
Email: eoreilly@adelphia.net
*TERMINATED: 03/09/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
*Designation: Retained*

**William F. Sullivan**
Sullivan and Associates
277 Newport Avenue
Quincy, MA 02170
617-328-6900
Email:
wsullivan@wsullivanlaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
*Designation: Retained*

## Pending Counts

21:846 Conspiracy to Possess
with Intent to Distribute, and
to Distribute, Oxycodone
(1)

21:841(a)(1) Distribution of
Oxycodone; 18:2 Aiding and
Abetting
(5)

## Disposition

21:841(a)(1) Distribution of
Oxycodone;21:860(a) Public
Housing Violation 18:2
Aiding and Abetting
(7)

## **Highest Offense Level (Opening)**

Felony

## **Terminated Counts**                **Disposition**

None

## **Highest Offense Level (Terminated)**

None

## **Complaints**                **Disposition**

21:846 and 841(a)(1) - DID
KNOWINGLY AND
INTENTIONALLY
CONSPIRE TO
DISTRIBUTE
OXYCODONE, A
SCHEDULE II
CONTROLLED
SUBSTANCE, AND DID
KNOWINGLY AND
INTENIONALLY
DISTRIBUTE
OXYCODONE, A
SCHEDULE II
CONTROLLED
SUBSTANCE ON THE
DATES AND IN THE

## PLACES LISTED IN THIS COMPLAINT

Assigned to: Judge Rya W. Zobel

### **Defendant**

**James Gardner** (9)                     represented by **Theodore W. Beauparlant**
166 Kenoza Ave.
Haverhill, MA 01830
978-521-4477
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
*Designation: Retained*

### **Pending Counts**                                   ### **Disposition**

21:846 Conspiracy to Possess
with Intent to Distribute, and
to Distribute, Oxycodone
(1)

21:841(a)(1) Distribution of
Oxycodone;21:860(a) Public
Housing Violation 18:2
Aiding and Abetting
(8)

### **Highest Offense Level**
### **(Opening)**

Felony

### **Terminated Counts**                                 ### **Disposition**

None

## Highest Offense Level
## (Terminated)

None

| **Complaints** | **Disposition** |
| --- | --- |

21:846 and 841(a)(1) - DID
KNOWINGLY AND
INTENTIONALLY
CONSPIRE TO
DISTRIBUTE
OXYCODONE, A
SCHEDULE II
CONTROLLED
SUBSTANCE, AND DID
KNOWINGLY AND
INTENIONALLY
DISTRIBUTE
OXYCODONE, A
SCHEDULE II
CONTROLLED
SUBSTANCE ON THE
DATES AND IN THE
PLACES LISTED IN THIS
COMPLAINT

---

Assigned to: Judge Rya W.
Zobel

## Defendant

**Philip Albert, Jr.** (10)          represented by **John Andrews**
Andrews & Updegraph, PC
70 Washington Street
Suite 211
Salem, MA 01970
978-740-6633
Fax: 978-740-6644

Email: ja@aulaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
*Designation: Retained*

**Marc R. Salinas**
Andrews & Updegraph, P.C.
Suite 212
70 Washington Street
Salem, MA 01970
978-740-6633
Fax: 978-740-6644
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |

21:846 Conspiracy to Possess
with Intent to Distribute, and
to Distribute, Oxycodone
(1)
21:841(a)(1) Distribution of
Oxycodone; 18:2 Aiding and
Abetting
(4)

## Highest Offense Level
## (Opening)

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |

None

## Highest Offense Level
## (Terminated)

None

## Complaints

21:846 and 841(a)(1) - DID
KNOWINGLY AND
INTENTIONALLY
CONSPIRE TO
DISTRIBUTE
OXYCODONE, A
SCHEDULE II
CONTROLLED
SUBSTANCE, AND DID
KNOWINGLY AND
INTENIONALLY
DISTRIBUTE
OXYCODONE, A
SCHEDULE II
CONTROLLED
SUBSTANCE ON THE
DATES AND IN THE
PLACES LISTED IN THIS
COMPLAINT

## Disposition

---

Assigned to: Judge Rya W.
Zobel

## Defendant

**Jared Knowlton** (11)                    represented by   **Michael F. Natola**
                                                            63 Atlantic Avenue
                                                            Suite 2B
                                                            Boston, MA 02110
                                                            617-367-1199
                                                            Fax: 617-227-3384
                                                            Email: MFNatola@aol.com

*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
*Designation: Retained*

## Pending Counts                                      ## Disposition

21:846 Conspiracy to Possess
with Intent to Distribute, and
to Distribute, Oxycodone
(1)
21:841(a)(1) Distribution of
Oxycodone; 18:2 Aiding and
Abetting
(6)

## Highest Offense Level
## (Opening)

Felony

## Terminated Counts                                   ## Disposition

None

## Highest Offense Level
## (Terminated)

None

## Complaints                                          ## Disposition

21:846 and 841(a)(1) - DID
KNOWINGLY AND
INTENTIONALLY
CONSPIRE TO
DISTRIBUTE
OXYCODONE, A
SCHEDULE II

CONTROLLED
SUBSTANCE, AND DID
KNOWINGLY AND
INTENIONALLY
DISTRIBUTE
OXYCODONE, A
SCHEDULE II
CONTROLLED
SUBSTANCE ON THE
DATES AND IN THE
PLACES LISTED IN THIS
COMPLAINT

Assigned to: Judge Rya W.
Zobel

## **Defendant**

**Archibald Macleod** (12)          represented by **Roger Witkin**
                                    6 Beacon Street
                                    Suite 1010
                                    Boston, MA 02108
                                    617-523-0027
                                    Fax: 617-523-2024
                                    Email:
                                    roger@rogerwitkin.com
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE*
                                    *NOTICED*
                                    *Designation: CJA*
                                    *Appointment*

## **Pending Counts**                                    ## **Disposition**

21:846 Conspiracy to Possess
with Intent to Distribute, and
to Distribute, Oxycodone
(1)

21:841(a)(1) Distribution of
Oxycodone
(9)
21:841(a)(1) Distribution of
Oxycodone
(13-15)

**Highest Offense Level**
**(Opening)**

Felony

**Terminated Counts**                    **Disposition**

None

**Highest Offense Level**
**(Terminated)**

None

**Complaints**                           **Disposition**

21:846 and 841(a)(1) - DID
KNOWINGLY AND
INTENTIONALLY
CONSPIRE TO
DISTRIBUTE
OXYCODONE, A
SCHEDULE II
CONTROLLED
SUBSTANCE, AND DID
KNOWINGLY AND
INTENIONALLY
DISTRIBUTE
OXYCODONE, A
SCHEDULE II
CONTROLLED
SUBSTANCE ON THE

DATES AND IN THE
PLACES LISTED IN THIS
COMPLAINT

Assigned to: Judge Rya W.
Zobel

## **Defendant**

**Giuseppe Torrente** (13)              represented by **Stephen D. Judge**
*"Joe"*                                                     Segal & Judge
                                                                23 Central Avenue, #605
                                                                Lynn, MA 01901
                                                                781-599-2800
                                                                Fax: 781-599-6966
                                                                Email: pgaeta@verizon.net
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE*
                                                                *NOTICED*
                                                                *Designation: Retained*

## **Pending Counts**                          ## **Disposition**

21:846 Conspiracy to Possess
with Intent to Distribute, and
to Distribute, Oxycodone
(1)

21:841(a)(1) Distribution of
Oxycodone; 18:2 Aiding and
Abetting
(11)

21:841(a)(1) Distribution of
Oxycodone
(12)

## **Highest Offense Level**
## **(Opening)**

Felony

## Terminated Counts                    ## Disposition

None

## Highest Offense Level
## (Terminated)

None

## Complaints                           ## Disposition

21:846 and 841(a)(1) - DID
KNOWINGLY AND
INTENTIONALLY
CONSPIRE TO
DISTRIBUTE
OXYCODONE, A
SCHEDULE II
CONTROLLED
SUBSTANCE, AND DID
KNOWINGLY AND
INTENIONALLY
DISTRIBUTE
OXYCODONE, A
SCHEDULE II
CONTROLLED
SUBSTANCE ON THE
DATES AND IN THE
PLACES LISTED IN THIS
COMPLAINT

## Plaintiff

**USA**                    represented by **David G. Tobin**
                                           United States Attorneys
                                           Office

1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3392
Fax: 617-748-3965
Email:
David.Tobin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/29/2004 | 1 | SEALED COMPLAINT as to Carlos Espinola (1), Jose Melo (2), Joseph Baldassano (3), Matthew Cream (4), Jason Matthews (5), Joseph Allen (6), Keith Behsman (7), Jonathan Mitchell (8), James Gardner (9), Philip Albert Jr. (10), Jared Knowlton (11), Archi [1:04bald Macleod (12), Giuseppe Torrente (13). (Catino3, Theresa)[1:04-mj-01809-CBS] (Entered: 06/30/2004) |
| 06/29/2004 | 2 | AFFIDAVIT of Steven C. Story by USA as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert Jr., Jared Knowlton, Archibald Macleod, Giuseppe Torr[1:04ente 1 Complaint (Sealed), filed. (Catino3, Theresa)[1:04-mj-01809-CBS] (Entered: 06/30/2004) |
| 06/29/2004 | 3 | MOTION to Seal Case as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert Jr., Jared Knowlton, Archibald Macleod, Giuseppe Torrente by USA., f[1:04iled. (Catino3, Theresa)[1:04-mj-01809- |

| | | CBS] (Entered: 06/30/2004) |
|---|---|---|
| 06/29/2004 | ❍ | Judge Charles B. Swartwood : Electronic ORDER entered granting 3 Motion to Seal Case as to Carlos Espinola (1), Jose Melo (2), Joseph Baldassano (3), Matthew Cream (4), Jason Matthews (5), Joseph Allen (6), Keith Behsman (7), Jonathan Mitchell (8),[1:04 James Gardner (9), Philip Albert Jr. (10), Jared Knowlton (11), Archibald Macleod (12), Giuseppe Torrente (13) (Catino3, Theresa)[1:04-mj-01809-CBS] (Entered: 06/30/2004) |
| 06/29/2004 | ❍ | Arrest Warrant Issued as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert Jr., Jared Knowlton, Archibald Macleod, Giuseppe Torrente. (Catino3[1:04, Theresa][1:04-mj-01809-CBS] (Entered: 06/30/2004) |
| 06/30/2004 | ❍4 | MOTION to Unseal Case as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert Jr., Jared Knowlton, Archibald Macleod, Giuseppe Torrente by USA. [1:04(Roland, Lisa)[1:04-mj-01809-CBS] (Entered: 07/02/2004) |
| 06/30/2004 | ❍ | Judge Charles B. Swartwood : Electronic ORDER entered granting 4 Motion to Unseal Case as to Carlos Espinola (1), Jose Melo (2), Joseph Baldassano (3), Matthew Cream (4), Jason Matthews (5), Joseph Allen (6), Keith Behsman (7), Jonathan Mitchell (8[1:04), James Gardner (9), Philip Albert Jr. (10), Jared Knowlton (11), Archibald Macleod (12), Giuseppe Torrente (13). "ALLOWED." cc/cl (Roland, Lisa) [1:04-mj-01809-CBS] (Entered: 07/02/2004) |
| 06/30/2004 | ❍ | Arrest of Carlos Espinola (Roland, Lisa)[1:04-mj-01809-CBS] (Entered: 07/02/2004) |

| | | |
|---|---|---|
| 06/30/2004 | ● | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Initial Appearance as to Carlos Espinola held on 6/30/2004. Case called, AUSA Pelgro, PTS Cronin & Dft--without counsel appear, Defendant advised of rights and in[1:04formed of charges, Defendant states that he will retain counsel, Government moves for detention, Cas continued for Probable Cause & Detention, Dft remanded to the custody of the US Marshal. (Roland, Lisa)[1:04-mj-01809-CBS] (Entered: 07/02/2004) |
| 06/30/2004 | ●18 | Judge Charles B. Swartwood : ORDER OF TEMPORARY DETENTION as to Carlos Espinola ; Detention Hearing set for 7/2/2004 02:00 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. (Roland, Lisa)[1:04-mj-01809-CBS] (Entered: 07/02/2004) |
| 06/30/2004 | ● | Arrest of Jose Melo, Joseph Baldassano, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert Jr., Jared Knowlton (Roland, Lisa)[1:04-mj-01809-CBS] (Entered: 07/02/2004) |
| 06/30/2004 | ● | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Initial Appearance as to Jose Melo, Joseph Baldassano, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert Jr., Jared Knowlton held on 6/30/2004. Case [1:04called, Counsel (Tobin, McKinley, Bourbeau, O'Reilly, Byrne, Natola, Zorrola, Andrews, Ted B.), PTS & Defendants appear, All Defendant's advised of charges and informed of rights, Government moves for detention, All defendants remanded to t[1:04he custody of the US Marshal. (3:15 p.) (Roland, Lisa) [1:04-mj-01809-CBS] (Entered: 07/02/2004) |
| 06/30/2004 | ●14 | Judge Charles B. Swartwood : ORDER OF TEMPORARY DETENTION as to Jose Melo, Joseph Baldassano, Jonathan Mitchell, Jared Knowlton |

| | | |
|---|---|---|
| | | (Roland, Lisa)[1:04-mj-01809-CBS] (Entered: 07/02/2004) |
| 06/30/2004 | 74 | Judge Charles B. Swartwood : ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Jose Melo ; Catherine K. Byrne for Jose Melo appointed. (Roland, Lisa)[1:04-mj-01809-CBS] (Entered: 08/02/2004) |
| 06/30/2004 | 9 | NOTICE OF ATTORNEY APPEARANCE: Paul F. Zerola appearing for Joseph Baldassano (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/02/2004) |
| 06/30/2004 | 8 | CJA 23 Financial Affidavit by Matthew Cream (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/02/2004) |
| 06/30/2004 | 🔾 | Arrest of Matthew Cream, Jason Matthews, Joseph Allen (Roland, Lisa)[1:04-mj-01809-CBS] (Entered: 07/02/2004) |
| 06/30/2004 | 🔾 | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Initial Appearance as to Matthew Cream, Jason Matthews, Joseph Allen held on 6/30/2004. Case called, Counsel (Tobin, Entine, Weinstein, Sultan), PTS Pacozzi & Def[1:04endants appear, Defendant advised of rights and informed of charges, Government requests detention, Case continued for Probable Cause & Detention, Defendants remanded to the custody of the US Marshal. (3:46 P.) (Roland, Lisa)[1:04-mj-01809-CBS] (Entered: 07/02/2004) |
| 06/30/2004 | 17 | Judge Charles B. Swartwood : ORDER OF TEMPORARY DETENTION as to Matthew Cream, Jason Matthews, Joseph Allen; Detention Hearing set for 7/2/2004 02:00 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. (Roland, Lisa)[1:04-mj-01809-CBS] (Entered: 07/02/2004) |
| 06/30/2004 | 70 | Judge Charles B. Swartwood :CJA 20 as to Matthew Cream : Appointment of Attorney Benjamin D. Entine for Matthew Cream. (Roland, Lisa)[1:04-mj-01809- |

| | | |
|---|---|---|
| | | CBS] (Entered: 08/02/2004) |
| 06/30/2004 | 5 | CJA 23 Financial Affidavit by Jason Matthews (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/02/2004) |
| 06/30/2004 | 69 | Judge Charles B. Swartwood : CJA 20 as to Jason Matthews : Appointment of Attorney Elliot M. Weinstein for Jason Matthews. (Roland, Lisa)[1:04-mj-01809-CBS] (Entered: 08/02/2004) |
| 06/30/2004 | 7 | CJA 23 Financial Affidavit by Joseph Allen (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/02/2004) |
| 06/30/2004 | 71 | Judge Charles B. Swartwood : CJA 20 as to Joseph Allen : Appointment of Attorney James L. Sultan for Joseph Allen. (Roland, Lisa)[1:04-mj-01809-CBS] (Entered: 08/02/2004) |
| 06/30/2004 | 6 | CJA 23 Financial Affidavit by Keith Behsman (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/02/2004) |
| 06/30/2004 | 15 | Judge Charles B. Swartwood : ORDER OF TEMPORARY DETENTION as to Keith Behsman; Detention Hearing set for 7/13/2004 03:15 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. (Roland, Lisa)[1:04-mj-01809-CBS] (Entered: 07/02/2004) |
| 06/30/2004 | 72 | Judge Charles B. Swartwood : CJA 20 as to Keith Behsman : Appointment of Attorney Michael C. Bourbeau for Keith Behsman. (Roland, Lisa)[1:04-mj-01809-CBS] (Entered: 08/02/2004) |
| 06/30/2004 | 12 | NOTICE OF ATTORNEY APPEARANCE: Edward J. O'Reilly appearing for Jonathan Mitchell (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/02/2004) |
| 06/30/2004 | 16 | Judge Charles B. Swartwood : ORDER OF TEMPORARY DETENTION as to James Gardner, Philip Albert Jr. ; Detention Hearing set for 7/2/2004 02:00 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. (Roland, Lisa)[1:04-mj-01809- |

| | | CBS] (Entered: 07/02/2004) |
|---|---|---|
| 06/30/2004 | ⊕11 | NOTICE OF ATTORNEY APPEARANCE: Marc R. Salinas appearing for Philip Albert Jr. (Jones, Sherry) [1:04-mj-01809-CBS] (Entered: 07/02/2004) |
| 06/30/2004 | ⊕13 | NOTICE OF ATTORNEY APPEARANCE: John Andrews appearing for Philip Albert Jr. (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/02/2004) |
| 06/30/2004 | ⊕10 | NOTICE OF ATTORNEY APPEARANCE: Michael F. Natola appearing for Jared Knowlton (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/02/2004) |
| 07/02/2004 | ⊕ | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Detention Hearing as to Carlos Espinola, Joseph Baldassano, Matthew Cream, Jason Matthews held on 7/2/2004, Preliminary Examination as to Carlos Espinola, Joseph B [1:04aldassano, Matthew Cream, Jason Matthews held on 7/2/2004. Case called, Counsel (Tobin, Pelgro, Zorrola, Weinstein, Entine, Keane) & Defendants appear, Counsel request continuance, Case continued, Dfts' remanded to the custody of the US Marshal[1:04. (2:49 P.) (Roland, Lisa)[1:04-mj-01809-CBS] (Entered: 07/06/2004) |
| 07/02/2004 | ⊕ | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Detention Hearing as to Jose Melo, Joseph Allen held on 7/2/2004, Preliminary Examination as to Jose Melo, Joseph Allen held on 7/2/2004 Case called, Counsel (Tobi[1:04n, Pelgro, Neyman, Sultan), PTS Cuascut & Defendants appear, Government calls Agent Steven Story, Cross by Atty Sultan, Cross by Atty Neyman, Closing arguments, Matters taken under advisment, Defendants remanded to the custody of the US Marshal. (2:4[1:049.) (Roland, Lisa)[1:04-mj-01809-CBS] (Entered: 07/06/2004) |
| | | |

| 07/02/2004 | 25 | NOTICE OF ATTORNEY APPEARANCE: Stephen Neyman appearing for Jose Melo (Jones, Sherry) [1:04-mj-01809-CBS] (Entered: 07/08/2004) |
| --- | --- | --- |
| 07/02/2004 | 23 | MOTION to Withdraw as Attorney by Elliot Weinstein. as to Jason Matthews . (Jones, Sherry) [1:04-mj-01809-CBS] (Entered: 07/07/2004) |
| 07/02/2004 | | Judge Charles B. Swartwood : electronic ORDER entered granting 23 Motion to Withdraw as Attorney. as to Jason Matthews (5). "ALLOWED." (cc/cl) (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/07/2004) |
| 07/02/2004 | | Attorney update in case as to Jason Matthews. Attorney Elliot M. Weinstein terminated. (Roland, Lisa)[1:04-mj-01809-CBS] (Entered: 08/02/2004) |
| 07/02/2004 | 19 | Judge Charles B. Swartwood : ORDER entered ORDER Setting Conditions of Release as to Jonathan Mitchell (8) 25,000 unsecured. (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/07/2004) |
| 07/02/2004 | | Bond Set as to Jonathan Mitchell (8) 25,000 non-surety. (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/07/2004) |
| 07/02/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Detention Hearing as to James Gardner held on 7/2/2004, Preliminary Examination as to James Gardner held on 7/2/2004. Case called, Counsel (Tobin, Pelgro), PTS Cu [1:04ascut, & Dft appear, The matter of P/C is continued, Government withdraws motion for detention, Dft released on conditions. (4:57 P.) (Roland, Lisa)[1:04-mj-01809-CBS] (Entered: 07/06/2004) |
| 07/02/2004 | 22 | NOTICE OF ATTORNEY APPEARANCE: Theodore W. Beauparlant appearing for James Gardner (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/07/2004) |

| 07/02/2004 | ●24 | Judge Charles B. Swartwood : ORDER entered ORDER Setting Conditions of Release as to James Gardner (9) 25,000 unsecured (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/07/2004) |
| 07/02/2004 | ● | Bond Set as to James Gardner (9) 25,000 non-surety. (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/07/2004) |
| 07/02/2004 | ●21 | Judge Charles B. Swartwood : ORDER entered ORDER Setting Conditions of Release as to Philip Albert Jr. (10) 25,000 unsecured. (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/07/2004) |
| 07/02/2004 | ● | Bond Set as to Philip Albert Jr. (10) 25,000 non-surety. (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/07/2004) |
| 07/02/2004 | ●20 | Judge Charles B. Swartwood : ORDER entered ORDER Setting Conditions of Release as to Jared Knowlton (11) 25,000, unsecured. (Jones, Sherry) [1:04-mj-01809-CBS] (Entered: 07/07/2004) |
| 07/02/2004 | ● | Bond Set as to Jared Knowlton (11) 25,000 non-surety. (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/07/2004) |
| 07/09/2004 | ●33 | Arrest Warrant Returned Executed on 6/30/04 as to Carlos Espinola. (Hassett, Kathy)[1:04-mj-01809-CBS] (Entered: 07/13/2004) |
| 07/09/2004 | ●31 | Arrest Warrant Returned Executed on 6/29/04 as to Jose Melo. (Hassett, Kathy)[1:04-mj-01809-CBS] (Entered: 07/13/2004) |
| 07/09/2004 | ●41 | Arrest Warrant Returned Executed on 6/30/04 as to Joseph Baldassano. (Hassett, Kathy)[1:04-mj-01809-CBS] (Entered: 07/13/2004) |
| 07/09/2004 | ●44 | Arrest Warrant Returned Executed on 6/30/04 as to Matthew Cream. (Hassett, Kathy)[1:04-mj-01809-CBS] (Entered: 07/13/2004) |

| 07/09/2004 | 27 | Judge Charles B. Swartwood : ORDER entered CJA 20 as to Jason Matthews : Appointment of Attorney Richard M. Welsh for Jason Matthews. (Jones, Sherry) [1:04-mj-01809-CBS] (Entered: 07/12/2004) |
| 07/09/2004 | 32 | Arrest Warrant Returned Executed on 7/1/04 as to Jason Matthews. (Hassett, Kathy)[1:04-mj-01809-CBS] (Entered: 07/13/2004) |
| 07/09/2004 | 45 | Arrest Warrant Returned Executed on 6/30/04 as to Joseph Allen. (Hassett, Kathy)[1:04-mj-01809-CBS] (Entered: 07/13/2004) |
| 07/09/2004 | 36 | Arrest Warrant Returned Executed on 6/30/04 as to Keith Behsman. (Hassett, Kathy)[1:04-mj-01809-CBS] (Entered: 07/13/2004) |
| 07/09/2004 | 43 | Arrest Warrant Returned Executed on 6/30/04 as to Jonathan Mitchell. (Hassett, Kathy)[1:04-mj-01809-CBS] (Entered: 07/13/2004) |
| 07/09/2004 | 40 | Arrest Warrant Returned Executed on 6/30/04 as to James Gardner. (Hassett, Kathy)[1:04-mj-01809-CBS] (Entered: 07/13/2004) |
| 07/09/2004 | 42 | Arrest Warrant Returned Executed on 6/30/04 as to Philip Albert Jr. (Hassett, Kathy)[1:04-mj-01809-CBS] (Entered: 07/13/2004) |
| 07/09/2004 | 38 | Arrest Warrant Returned Executed on 6/30/04 as to Jared Knowlton. (Hassett, Kathy)[1:04-mj-01809-CBS] (Entered: 07/13/2004) |
| 07/12/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Case called, Government calls Special Agent Steven Story, Cross, Government rests, Defendant's rest. Court finds probable cause as to Mr. Baldassano, detentio[1:04n argued as to Baldassano. Mr. Cream stipulates as to probable cause. Government and Mr. Cream's counsel argue detention. Government and Mr. Espinola's |

| | | |
|---|---|---|
| | | counsel argue PC, Mr. Espinola's detention continued until 7/13/04 at 3:15. Court f[1:04inds probable cause as to Mr. Matthews, counsel argues detention. Mr Baldassano and Mr. Cream matters as to detention taken under advisement. Mr. Matthews probable cause taken under advisement and released on conditions.Detention Hearing as to Carlos[1:04 Espinola, Joseph Baldassano, Matthew Cream, Jason Matthews held on 7/12/2004, Preliminary Examination as to Carlos Espinola, Joseph Baldassano, Matthew Cream, Jason Matthews held on 7/12/2004 (Tape #11:10, 1:59, 3:59.) (Jones, Sherry) [1:04-mj-01809-CBS] (Entered: 07/13/2004) |
| 07/12/2004 | 34 | EXHIBIT/WITNESS LIST by Carlos Espinola, Joseph Baldassano, Matthew Cream, Jason Matthews (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/13/2004) |
| 07/12/2004 | 37 | NOTICE OF ATTORNEY APPEARANCE: Bradford E Keene appearing for Carlos Espinola (Jones, Sherry) [1:04-mj-01809-CBS] (Entered: 07/13/2004) |
| 07/12/2004 | 47 | Judge Charles B. Swartwood : ORDER entered Memorandum of Probable Cause and ORDER OF DETENTION as to Jose Melo, Joseph Allen, ORDER ON PROBABLE CAUSE as to Jose Melo, Joseph Allen. (cc/cl) (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/13/2004) |
| 07/12/2004 | 39 | NOTICE OF ATTORNEY APPEARANCE: Elliot M. Weinstein appearing for Joseph Baldassano (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/13/2004) |
| 07/12/2004 | 48 | PROPOSED Conditions of Release by Joseph Baldassano, c/s. (Hassett, Kathy)[1:04-mj-01809-CBS] (Entered: 07/13/2004) |
| 07/12/2004 | 28 | NOTICE OF ATTORNEY APPEARANCE: Bruce G. Linson appearing for Matthew Cream (Hassett, Kathy) |

| | | [1:04-mj-01809-CBS] (Entered: 07/12/2004) |
|---|---|---|
| 07/12/2004 | 29 | Opposition to Government's Request for Dentention as to Matthew Cream, c/s. (Hassett, Kathy)[1:04-mj-01809-CBS] (Entered: 07/12/2004) |
| 07/12/2004 | 30 | NOTICE of Withdrawal of Appearance in case as to Matthew Cream. (Entine, Benjamin)[1:04-mj-01809-CBS] (Entered: 07/12/2004) |
| 07/12/2004 | | Attorney update in case as to Matthew Cream. Attorney Benjamin D. Entine terminated. (Roland, Lisa)[1:04-mj-01809-CBS] (Entered: 08/02/2004) |
| 07/12/2004 | 35 | Judge Charles B. Swartwood : ORDER entered ORDER Setting Conditions of Release as to Jason Matthews (5) 25,000, unsecured (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/13/2004) |
| 07/12/2004 | | Bond Set as to Jason Matthews (5) 25,000 non-surety. (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/13/2004) |
| 07/12/2004 | 46 | MOTION for tape of Probable Cause/Detention hearing and authorization to obtain transcripts at government expense as to Joseph Allen, c/s. (Hassett, Kathy)[1:04-mj-01809-CBS] (Entered: 07/13/2004) |
| 07/12/2004 | | Judge Charles B. Swartwood : Electronic ORDER entered granting 46 Motion for Transcript at Government Expense as to Joseph Allen (6). "ALLOWED." (cc/cl) (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/13/2004) |
| 07/13/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood : Counsel appear (Tobin Keene) for continuation of detention hearing, counsel argue, matter taken under advisement.Detention Hearing as to Carlos Espinola held on 7[1:04/13/2004 (Tape #3:45.) (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/13/2004) |

| | | |
|---|---|---|
| 07/13/2004 | ● | Attorney update in case as to Joseph Allen. Attorney James L. Sultan for Joseph Allen added. (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/13/2004) |
| 07/13/2004 | ● | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Case called, counsel appear (Tobin, Barbeau) defendant waives probable cause and stipulates to detention, reserving his right to a detention hearing in the future.[1:04Detention Hearing as to Keith Behsman held on 7/13/2004, Preliminary Examination as to Keith Behsman held on 7/13/2004 (Tape #3:38.) (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/13/2004) |
| 07/13/2004 | ●49 | WAIVER of Preliminary Examination or Hearing by Keith Behsman. (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/13/2004) |
| 07/14/2004 | ● | Notice of correction to docket made by Court staff. Correction: Document # 26 deleted because: duplicate entry (#19) as to Jonathan Mitchell. (Hassett, Kathy) [1:04-mj-01809-CBS] (Entered: 07/14/2004) |
| 07/14/2004 | ●50 | Judge Charles B. Swartwood : ORDER entered ORDER OF DETENTION as to Keith Behsman. (cc/cl) (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/15/2004) |
| 07/15/2004 | ● | Attorney update in case as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert Jr., Jared Knowlton, Archibald Macleod, Giuseppe Torrente. Attorn[1:04ey David G. Tobin for USA; added. (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/15/2004) |
| 07/15/2004 | ● | Attorney update in case as to Keith Behsman. Attorney Michael C. Bourbeau for Keith Behsman added. (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: |

| | | 07/15/2004) |
|---|---|---|
| 07/15/2004 | ❍ | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood : Case called, counsel appear (Peabody, Judge) Defendant advised of his rights and charges Defendant released on conditions, p/c hearing continued on 8/4/04 at 10:0 [1:040.Detention Hearing as to Giuseppe Torrente held on 7/15/2004, Initial Appearance as to Giuseppe Torrente held on 7/15/2004 (Tape #5:16.) (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/16/2004) |
| 07/15/2004 | ❍ | Set/Reset Hearings as to Giuseppe Torrente : Preliminary Examination set for 8/4/2004 10:00 AM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/16/2004) |
| 07/15/2004 | 51 | NOTICE OF ATTORNEY APPEARANCE: Stephen D. Judge appearing for Giuseppe Torrente (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/16/2004) |
| 07/15/2004 | 52 | Judge Charles B. Swartwood : ORDER entered ORDER Setting Conditions of Release as to Giuseppe Torrente (13) 25,000 unsecured. (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/16/2004) |
| 07/15/2004 | ❍ | Bond Set as to Giuseppe Torrente (13) 25,000 non-surety. (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/16/2004) |
| 07/16/2004 | 54 | Judge Charles B. Swartwood : ORDER entered Memorandum of Probable Cause and ORDER OF DETENTION as to Carlos Espinola, Joseph Baldassano, Matthew Cream, Jason Matthews, ORDER ON PROBABLE CAUSE as to Carlos Espinola, Joseph Baldassano, Matthew Cream, [1:04Jason Matthews. (cc/cl) (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/16/2004) |
| 07/16/2004 | 53 | MOTION to Amend Conditions of Pre-Trial Release |