# United States Court of Appeals
## For the First Circuit

No. 05-2324

UNITED STATES,

Appellee,

v.

KEITH BEHSMAN,

Defendant-Appellant.

### ORDER OF COURT
Entered: September 7, 2005

Upon review of the record in this case, it appears that this court may not have jurisdiction to consider the appeal, because the notice of appeal filed in CR No. 04-10288 (D. Mass.) on August 25, 2005, from the sentence that entered on June 20, 2005, is late. Fed. R. App. P. 4(b) (notice of appeal in criminal case must be filed within ten days of judgment or order appealed from).

While the district court has the authority to grant an enlargement of time in which to file a notice of appeal, that authority only exists during the thirty days following the initial ten-day appeal period in Fed. R. App. P. 4(b). It appears that defendant mailed the notice of appeal from prison on July 20, 2005, within the thirty day time period prescribed. See Fed. R. App. P. 4(c). Accordingly, we transmit the notice of appeal to the district court for a ruling whether the district court will enlarge the time for filing an appeal and will consider this notice of appeal timely filed. Copies of the district court's decision shall be forwarded to this court forthwith.

By the Court:
Richard Cushing Donovan, Clerk

JULIE GREGG

By: _____
Operations Manager

CERTIFIED COPY
HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA

By _____ Date: 9/7/05

[Certified Copies: Honorable Rya W. Zobel, Sarah A. Thornton, Clerk, US District Cour
Massachusetts]


[CC: Keith Behsman, Michael C. Bourbeau, Esq., David G. Tobin, ausa]