IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Government<br><br>v.<br><br>KEITH BEHSMAN<br>Defendant | FILED<br>CLERKS OFFICE<br><br>Criminal No.<br>04-10288-RWZ |

# NOTICE OF APPEAL
## AND
## MEMORADUM

NOW COMES, Keith Behmon, Defendant, pro se in the above entitled case; and does submit and file this Notice of Appeal of Sentence pursuant to 18 U.S.C. §3742 following sentencing in the above captioned matter on June 9, 2005.

In accordance with the mandate of the decision of the United States Supreme Court in *Haines v. Kerner*, 404 U.S. 519, 520 (1972), the Defendant is pro se in this matter and the Court is to construe liberally this motion and memorandum and all pleadings

(1)

Keith Behsman

DAT 8/24/05
BY: [signature]

ed Reg #25286-038 / MCI-Walpole / P.O. Box 100 / S. Walpole, MA 02071

2005 AUG 25 P 3:00
U.S. DISTRICT COURT
DISTRICT OF MASS.

15 July 2005

Clerk
United States District Court
Moakley Courthouse
One Courthouse Way
Boston, MA 02210

Re: US v. Behsman
Criminal No.: 04-10288-RWZ

Dear Sir/Madam;

Enclosed please find Defendant's, pro se, Notice of Appeal and Memorandum for the above entitled matter. Enclosed is the original and (2) true copies.

Kindly file and docket same. Please return one (1) stamped copy to me at the above address.

Defendant acknowledges the late filing and addresses same within the Memorandum for waiver.

Defendant has been declared indigent by the Court.

Sincerely

Keith Behsman, Pro Se
Keith Behsman, Pro-

232

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Government )<br>)<br>)<br>v. )<br>)<br>KEITH BEHSMAN )<br>Defendant ) | FILED<br>CLERKS OFFICE<br><br>2005 AUG 25  P 3: 01<br><br>Criminal No.<br>04-10288-RWZ |

## NOTICE OF APPEAL
### AND
### MEMORADUM

NOW COMES, Keith Behman, Defendant, pro se in the above entitled case; and does submit and file this Notice of Appeal of Sentence pursuant to 18 U.S.C. §3742 following sentencing in the above captioned matter on June 9, 2005.

In accordance with the mandate of the decision of the United States Supreme Court in Haines v. Kerner, 404 U.S. 519, 520 (1972), the Defendant is pro se in this matter and the Court is to construe liberally this motion and memorandum and all pleadings

(1)

US v. Behsman  
Criminal No.: 04-10288

Notice of Appeal and Memorandum  
Page 3 of 5

4. On or about the day of sentencing the Defendant specifically informed Attorney Bourbeau to file a Notice of Appeal.

5. Approximately five weeks (5) after sentencing, the Defendant became aware that Mr. Bourbeau had failed to file the notice of appeal as requested.

6. The Defendant does not believe that he should be denied his right of due process and statutory right to appeal because of the failure of his attorney to perform a ministerial function.

THEREFORE, the Defendant prays the Honorable Court allow this Notice of Appeal and appoint appellate counsel to assist the Defendant in his cause.

FURTHER, that the Court provide any and all other relief it deems just and proper according to law, and in the interests of justice.

Respectfully Submitted this 20 day of July, 2005.

_____, pro se  
Keith Behsman, Pro se  
Federal Reg. # 25286-038  
MCI - Walpole  
P.O. Box 100  
Walpole, MA 02108

Keith Behsman

Fed Reg #25286-038 / MCI-Walpole / P.O. Box 100 / S. Walpole, MA  2071

FILED
CLERKS OFFICE
2005 JUL 25 P 3:00
U.S. DISTRICT COURT
DISTRICT OF MASS

15 July 2005

Clerk
United States District Court
Moakley Courthouse
One Courthouse Way
Boston, MA  02210

Re: US v. Behsman
    Criminal No.: 04-10288-RWZ

Dear Sir/Madam;

Enclosed please find Defendant's, pro se, Notice of Appeal and Memorandum for the above entitled matter. Enclosed is the original and (2) two copies.

Kindly file and docket same. Please return one (1) stamped copy to me at the above address.

Defendant acknowledges the late filing and addresses same within the Memorandum for waiver.

Defendant has been declared indigent by the Court.

Sincerely
Keith Behsman  PRO SE