MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-2324

04-10288
USDC/MA
Judge Zobel

UNITED STATES,

Appellee,

v.

KEITH BEHSMAN

Defendant - Appellant

---

**JUDGMENT**

Entered: September 30, 2005

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

LYNNE ALIX MORRISON

By: _____
Appeals Attorney

**Richard Cushing Donovan, Clerk**

*[signature]*
**Deputy Clerk**

Date: September 30, 2005

[cc: Keith Behsman, Michael Bourbeau, Esq., David Tobin, AUSA]